AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JonPaul Marcel Nadeau <br><br> *Plaintiff(s)* <br> v. <br> Douglas Elliman Florida LLC, Hugh McKerlie, and Tracy Galya <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-24222-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Douglas Elliman Florida LLC
c/o Registered Agent: C T CORPORATION SYSTEM
1200 South Pine Island Road
#250
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/06/2023

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JonPaul Marcel Nadeau

*Plaintiff(s)*

v.

Douglas Elliman Florida LLC, Hugh McKerlie, and Tracy Galya

*Defendant(s)*

Civil Action No. 1:23-cv-24222-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hugh McKerlie
810 Pennsylvania Avenue
Apartment 10
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel B. Rothman
SRIPLAW
21301Powerline Road, Suite 100
Boca Raton, FL  33433
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/06/2023

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JonPaul Marcel Nadeau *Plaintiff(s)* v. Douglas Elliman Florida LLC, Hugh McKerlie, and Tracy Galya *Defendant(s)* | Civil Action No. 1:23-cv-24222-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tracy Galya
100 S Pointe Drive
Apt 810
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel B. Rothman
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL  33433
561.404.4350 - Telephone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/06/2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts